IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONALD STROUP and PEARL STROUP                                             PLAINTIFFS

v.                                    Case No. 4:19-cv-4072

MARTIN MARIETTA MATERIALS, INC.
and ERIC MARTIN                                                             DEFENDANTS

# ORDER

Before the Court is a Motion for Order Substituting Party. ECF No. 19. Plaintiff Pearl Stroup filed a Suggestion of Death (ECF No. 10) notifying the Court that her husband, Plaintiff Ronald Stroup, died on August 18, 2019. Plaintiff Pearl Stroup has been appointed administratrix of the estate of Ronald Stroup. Pursuant to Arkansas Rule of Civil Procedure 25, Pearl Stroup requests that she be substituted as the proper party for Ronald Stroup.

Upon consideration, the Court finds that the Motion for Order Substituting Party (ECF No. 19) should be and hereby is **GRANTED**. Pearl Stroup, administratrix of the estate of Ronald Stroup, shall be substituted for Plaintiff Ronald Stroup in this matter.

**IT IS SO ORDERED**, this 23rd day of December, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge